| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    The Greek Chefs, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

   DBA  Souvlaki Palace

3. **Debtor's federal Employer Identification Number (EIN)**    11-3677960

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **57 Commack Road** | |
   | **Commack, NY 11725** | |
   | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
   | **Suffolk** | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | **The Greek Chefs, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Peter Mantalvanos** | | Relationship | **Affiliate** |
|---|---|---|---|---|---|
| | District | **EDNY** | When  *9/21/2020* | Case number, if known | *20 - 43365* |

| Debtor | __The Greek Chefs, Inc.__ | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The Greek Chefs, Inc.** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2020**
                 MM / DD / YYYY

X _____          **Peter Mantalvanos**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

X _____          Date  **September 15, 2020**
Signature of attorney for debtor          MM / DD / YYYY

**Lawrence F. Morrison**
Printed name

**Morrison Tenenbaum, PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone   **212-620-0938**      Email address   **info@m-t-law.com**

**2889590 NY**
Bar number and State

---

# United States Bankruptcy Court
## Eastern District of New York

In re  **The Greek Chefs, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Mantalvanos**<br>**25A Locust Avenue East**<br>**Farmingdale, NY 11735** | | **50%** | |
| **Walter Jesus Rodriguez**<br>**59 Mortoj Street**<br>**Bethpage, NY 11714** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 15, 2020**

Signature  *Peter Mantalvanos*
Peter Mantalvanos

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Eastern District of New York

In re    **The Greek Chefs, Inc.**                                           Case No. _____
                                        Debtor(s)              Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **September 15, 2020**

Peter Mantalvanos/President
Signer/Title

USBC-44

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Internal Revenue Service
Central Insolvency Unit
PO Box 7346
Philadelphia, PA 19101


Kinberli N. Rodriguez
c/o Pervez & Rehman
68 S Service Rd
Suite 100
Melville, NY 11747


NYS Dept. of Tax and Fin.
Bankruptcy Section
PO Box 5300
Albany, NY 12205

# United States Bankruptcy Court
## Eastern District of New York

In re   **The Greek Chefs, Inc.** _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Greek Chefs, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 15, 2020**
_____
Date

**Lawrence F. Morrison**
_____
Signature of Attorney or Litigant
Counsel for   **The Greek Chefs, Inc.**
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**
**info@m-t-law.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): **The Greek Chefs, Inc.**                CASE NO.:. _____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: *20-4***JUDGE:        DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **Peter Mantalvanos**

CASE STILL PENDING (Y/N):   **Y**         *[If closed]* Date of closing:

CURRENT STATUS OF RELATED CASE: _____*Pending*_____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: __**Affiliate**__

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

(OVER)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

_____          _____
**Lawrence F. Morrison**                          Signature of Pro Se Debtor/Petitioner
Signature of Debtor's Attorney
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**                            _____
**212-620-0938 Fax:646-390-5095**                 Signature of Pro Se Joint Debtor/Petitioner

                                                  _____
                                                  Mailing Address of Debtor/Petitioner

                                                  _____
                                                  City, State, Zip Code

                                                  _____
                                                  Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

MORRISON TENENBAUM PLLC
*Counsel to the Debtor*
87 Walker Street, Floor 2
New York, New York 10013
Phone: 212-620-0938
Lawrence F. Morrison, Esq.
Brian J. Hufnagel, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                       Chapter 11

THE GREEK CHEF, INC.,                                        Case No. 20-_____ (___)
d/b/a SOUVLAKI PALACE

                                    Debtor.
------------------------------------------------------------X

## DECLARATION PURSUANT TO 11 U.S.C. § 1116

    Peter Mantalvanos declares under penalty of perjury pursuant to 28 U.S.C. § 1746 the truth of the following:

    1.    I am the President of The Greek Chef, Inc. d/b/a Souvlaki Palace (the "Debtor"), a small business debtor pursuant to 11 U.S.C. § 101(51)(D) and submit this declaration and, annexed the attached documents, pursuant to 11 U.S.C. § 1116:

        a.  Most recent balance sheet
           [  ] annexed hereto
           [X] has not been prepared

        b.  Statement of operations
           [  ] annexed hereto
           [X] has not been prepared

        c.  Cash-flow statement
           [  ] annexed hereto
           [X] has not been prepared

        d.  Most recent federal income tax return.
           [X] annexed hereto
              has not been filed

    I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 15, 2020

                                        Peter Mantalvanos

# U.S. Income Tax Return for an S Corporation

**Ս-S**

of the Treasury
venue Service

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

.lendar year 2019 or tax year beginning _____ , 2019, ending _____ ,

.e election effective date **2/21/2003**

Business activity code number (see instructions) **722513**

Check if Schedule M-3 attached ☐

| TYPE OR PRINT | THE GREEK CHEFS, INC. SOUVLAKI PALACE 57 COMMACK ROAD COMMACK, NY 11725 |
|---|---|

**D** Employer identification number **11-3677960**

**E** Date incorporated **2/10/2003**

**F** Total assets (see instructions) $ **46,816.**

Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . ► **2**

Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

ution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | 433,028. | |
| b | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1c | 433,028. |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . | | 2 | 158,899. |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . | | 3 | 274,129. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . . . . | | 4 | |
| 5 | Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . | | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . . ► | | 6 | 274,129. |
| 7 | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . | | 7 | 78,750. |
| 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . | | 8 | 28,460. |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | 12,829. |
| 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 11 | 45,036. |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12 | 10,053. |
| 13 | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 13 | 2,704. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | | 14 | 6,504. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . . | | 15 | |
| 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16 | 1,450. |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . | | 17 | |
| 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| 19 | Other deductions (attach statement) . . . . . . . . . . . . See Statement 1 | | 19 | 86,636. |
| 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . ► | | 20 | 272,422. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . | | 21 | 1,707. |
| 22a | Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . | 22a | | |
| b | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . . . . . . . | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . | | 22c | |
| 23a | 2019 estimated tax payments and 2018 overpayment credited to 2019 . . . . . | 23a | | |
| b | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . . | 23c | | |
| d | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . | 23d | | |
| e | Add lines 23a through 23d . . . . . . . . . . . . . . . . . . . . . . . . . | | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . . . ► ☐ | | 24 | |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . . . . | | 25 | 0. |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . . | | 26 | |
| 27 | Enter amount from line 26: **Credited to 2020 estimated tax** ► _____ Refunded ► | | 27 | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____
Signature of officer     Date

► **President**
Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| | | |
|---|---|---|
| Print/Type preparer's name **Bob E. Kouroupakis, CPA** | Preparer's signature **Bob E. Kouroupakis, CPA** | Date ____ Check ☒ if self-employed |
| Firm's name ► **BOB E. KOUROUPAKIS, CPA, PC** | | Firm's EIN ► |
| Firm's address ► **121 PULASKI RD** **KINGS PARK, NY 11754** | | Phone no. **631-269-5176** |

arer nly

For Paperwork Reduction Act Notice, see separate instructions.

SPSA0112  12/30/19

Form 1120-S (2019)

GREEK CHEFS, INC.                                              11-3677960        Page **2**

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **formation** (see instructions) | | | | | | |

t:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ►  _ _ _ _ _ _ _ _ _ _

ter the:

_ _ _ _ _ _ _ _ _ _ _ _   **b** Product or service ... ► Greek food & drink _ _ _ _

__ year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
. person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation......    ☐ X

. the tax year, did the corporation:
-tly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of
reign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i)
h (v) below.................................................................    ☐ X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

-ectly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
 in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest
st? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below..............    ☐ X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

-nd of the tax year, did the corporation have any outstanding shares of restricted stock?.....................
 complete lines (i) and (ii) below.    ☐ X
-l shares of restricted stock............................................    ► _ _ _ _ _ _ _
-l shares of non-restricted stock .......................................    ► _ _ _ _ _ _ _

-nd of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?.....
 complete lines (i) and (ii) below.    ☐ X
- shares of stock outstanding at the end of the tax year...............................    ► _ _ _ _ _ _ _
- shares of stock outstanding if all instruments were executed......................    ► _ _ _ _ _ _ _

-corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide
-ion on any reportable transaction?.................................    ☐ X

-is box if the corporation issued publicly offered debt instruments with original issue discount.............    ► ☐
-d, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount
-nts.

-oration **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an
-h a basis determined by reference to the basis of the asset (or the basis of any other property) in
-s of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain
-r years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.
-uctions..........................................................    ► $ _ _ _ _ _ _ _ _

-orporation have an election under section 163(j) for any real property trade or business or any farming business
-during the tax year? See instructions..............................    ☐ X

- corporation satisfy one or more of the following? See instructions...........................    ☐ X
-oration owns a pass-through entity with current, or prior year carryover, excess business interest expense.
-oration's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
 g the current tax year are more than $26 million and the corporation has business interest expense.
-oration is a tax shelter and the corporation has business interest expense.
-complete and attach Form 8990.

- corporation satisfy **both** of the following conditions?.................................    ☐ X
-oration's total receipts (see instructions) for the tax year were less than $250,000.
-oration's total assets at the end of the tax year were less than $250,000.
-he corporation is not required to complete Schedules L and M-1.

SPSA0112  10/03/19                                              Form **1120-S** (2019)

GREEK CHEFS, INC.    11-3677960    Page **3**

| ...formation   (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|
| ...rporation have any non-shareholder debt that was cancelled, was forgiven, or had the ...e the principal amount of the debt? ........................................ ►$ | | | X |
| ... of principal reduction ................................................ | | | |
| ...s a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions .... | | | X |
| ...ir make any payments in 2019 that would require it to file Form(s) 1099? ...................... | | | X |
| ...ie corporation file or will it file required Form(s) 1099? .................................... | | | |
| ...iporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ....................... | | | X |
| " enter the amount from Form 8996, line 14 ..................... ►$ | | | |

| K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 21) ........................ | 1 | 1,707. |
| 2 | Net rental real estate income (loss) (attach Form 8825) ................... | 2 | |
| 3a | Other gross rental income (loss) ........................ | **3a** | |
| b | Expenses from other rental activities (attach statement) ................. | **3b** | |
| c | Other net rental income (loss). Subtract line 3b from line 3a ......... | 3c | |
| 4 | Interest income ................................................ | 4 | |
| 5 | Dividends: **a** Ordinary dividends .................................... | 5a | |
| | **b** Qualified dividends .................................... | **5b** | |
| 6 | Royalties ..................................................... | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) ....... | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) ........ | 8a | |
| b | Collectibles (28%) gain (loss) ........................ | **8b** | |
| c | Unrecaptured section 1250 gain (attach statement) ........................ | **8c** | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) ........................ | 9 | |
| 10 | Other income (loss) (see instructions) ......... Type ► | 10 | |
| 11 | Section 179 deduction (attach Form 4562) ........................ | 11 | |
| 12a | Charitable contributions ........................................... | 12a | |
| b | Investment interest expense ........................................ | 12b | |
| c | Section 59(e)(2) expenditures **(1)** Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ► | 12c (2) | |
| d | Other deductions (see instructions)... Type ► | 12d | |
| 13a | Low-income housing credit (section 42(j)(5)) ........................ | 13a | |
| b | Low-income housing credit (other) ........................ | 13b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) ........ | 13c | |
| d | Other rental real estate credits (see instrs)   Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ | 13d | |
| e | Other rental credits (see instrs)   Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ | 13e | |
| f | Biofuel producer credit (attach Form 6478) ........................ | 13f | |
| g | Other credits (see instructions) ....... Type ►        See Statement 2 | 13g | 508. |
| 14a | Name of country or U.S. possession      ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| b | Gross income from all sources ....................................... | 14b | |
| c | Gross income sourced at shareholder level ............................ | 14c | |
| | Foreign gross income sourced at corporate level | | |
| d | Reserved for future use ............................................ | 14d | |
| e | Foreign branch category ........................................... | 14e | |
| f | Passive category ................................................ | 14f | |
| g | General category ................................................ | 14g | |
| h | Other (attach statement) .......................................... | 14h | |
| | Deductions allocated and apportioned at shareholder level | | |
| i | Interest expense ................................................ | 14i | |
| j | Other ......................................................... | 14j | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| k | Reserved for future use ............................................ | 14k | |
| l | Foreign branch category ........................................... | 14l | |
| m | Passive category ................................................ | 14m | |
| n | General category ................................................ | 14n | |
| o | Other (attach statement) .......................................... | 14o | |
| | Other information | | |
| p | Total foreign taxes (check one): ► ☐ Paid   ☐ Accrued ................ | 14p | |
| q | Reduction in taxes available for credit (attach statement) ........................................... | 14q | |
| | Other foreign tax information (attach statement) | | |

SPSA0134  10/03/19

Form **1120-S** (2019)

Form 1120-S (2019)  THE GREEK CHEFS, INC.                    11-3677960            Page **4**

## Schedule K  Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| Alternative Minimum Tax (AMT) Items | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties — gross income | 15d | |
| | e Oil, gas, and geothermal properties — deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | 508. |
| | d Distributions (attach stmt if required) (see instrs) | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| Other Information | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Reconciliation | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 1,707. |

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 2,591. | | 3,697. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | 2,960. | | 2,960. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 141,200. | | 141,200. | |
| b Less accumulated depreciation | 98,537. | 42,663. | 105,041. | 36,159. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 1,000. | | 1,000. | |
| b Less accumulated amortization | 1,000. | | 1,000. | |
| 14 Other assets (attach stmt) See St. 3 | | 4,000. | | 4,000. |
| 15 Total assets | | 52,214. | | 46,816. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 7,432. | | 8,539. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) See St. 4 | | 19,878. | | 30,930. |
| 19 Loans from shareholders See St. 5 | | -127,642. | | -146,398. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 9,800. | | 9,800. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | 142,746. | | 143,945. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 52,214. | | 46,816. |

SPSA0134  10/03/19                                    Form **1120-S** (2019)

Form 1120-S (2019) THE GREEK CHEFS, INC.                                     11-3677960                        Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | | |
|---|---|---|---|
| | **Note:** The corporation may be required to file Schedule M-3. See instructions. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . . . . . | 1,199. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest . $ _ _ _ _ _ _ _ _ _ _ | | |
| | \ | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | | **a** Depreciation . . . . $ _ _ _ _ _ _ _ _ _ _ | | |
| | **a** Depreciation . . . . . . . $ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **b** Travel and entertainment . $ _ _ _ _ _ _ _ _ | | | | | |
| | See Statement 6 _ _ _ _ _ 508. | 508. | 7 | Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . | | 0. |
| 4 | Add lines 1 through 3 . . . . . . . . . . . . . . . . . | 1,707. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 . . . . | | 1,707. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** |
|---|---|
| | (see instructions) |

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . . . . . . . . . . . . . . . . | 142,746. | | | |
| 2 | Ordinary income from page 1, line 21 . . . . . . . . . . . . . . . . . | 1,707. | | | |
| 3 | Other additions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21 . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 5 | Other reductions . . . . . . . . . . See Statement 7 . . . . | ( 508.) | | | |
| 6 | Combine lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . | 143,945. | | | |
| 7 | Distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . | 143,945. | | | |

SPSA0134  10/03/19                                                          Form **1120-S** (2019)

671119

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning ___ / ___ / ___   ending ___ / ___ / ___

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

## Part I  Information About the Corporation

**A** Corporation's employer identification number
11-3677960

**B** Corporation's name, address, city, state, and ZIP code
THE GREEK CHEFS, INC.
SOUVLAKI PALACE
57 COMMACK ROAD
COMMACK, NY 11725

**C** IRS Center where corporation filed return
e-file

## Part II  Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
PETER MANTALVANOS
25A LOCUST AVENUE EAST
EAST FARMINGDALE, NY 11735

**F** Shareholder's percentage of stock
ownership for tax year..................... ___ 50 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| # | Description | Value | # | Description | Value |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 854. | 13 | Credits | 254. |
| 2 | Net rental real estate income (loss) | | | N | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| | | | | C | 254. |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | |
| | | | | V* | STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | | | |
| 19 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**  www.irs.gov/Form1120S   **Schedule K-1 (Form 1120-S) 2019**

Shareholder 1

SPSA0412 10/03/19

671119

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning    /    /      ending    /    /

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
| --- | --- |

**A** Corporation's employer identification number

11-3677960

**B** Corporation's name, address, city, state, and ZIP code

THE GREEK CHEFS, INC.
SOUVLAKI PALACE
57 COMMACK ROAD
COMMACK, NY 11725

**C** IRS Center where corporation filed return

e-file

| Part II | Information About the Shareholder |
| --- | --- |

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

WALTER JESUS RODRIQUEZ
59 MORTOJ ST
BRENTWOOD, NY 11714

**F** Shareholder's percentage of stock
ownership for tax year.................... 50 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | |
| --- | --- | --- |
| 1 Ordinary business income (loss) | 13 Credits | |
| 853. | N | 254. |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | |
| 4 Interest income | | |
| 5a Ordinary dividends | | |
| 5b Qualified dividends | 14 Foreign transactions | |
| 6 Royalties | | |
| 7 Net short-term capital gain (loss) | | |
| 8a Net long-term capital gain (loss) | | |
| 8b Collectibles (28%) gain (loss) | | |
| 8c Unrecaptured section 1250 gain | | |
| 9 Net section 1231 gain (loss) | | |
| 10 Other income (loss) | 15 Alternative minimum tax (AMT) items | |
| 11 Section 179 deduction | 16 Items affecting shareholder basis | |
| | C | 254. |
| 12 Other deductions | | |
| | 17 Other information | |
| | V* | STMT |
| 18 ☐ More than one activity for at-risk purposes* | | |
| 19 ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.  www.irs.gov/Form1120S  Schedule K-1 (Form 1120-S) 2019**

Shareholder 2

SPSA0412  10/03/19

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| THE GREEK CHEFS, INC. SOUVLAKI PALACE | 11-3677960 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year............................................................ **1** | 2,960. |
| 2 | Purchases ............................................................... **2** | 158,899. |
| 3 | Cost of labor.............................................................. **3** | |
| 4 | Additional section 263A costs (attach schedule) ........................................... **4** | |
| 5 | Other costs (attach schedule) ............................................... **5** | |
| 6 | **Total.** Add lines 1 through 5........................................... **6** | 161,859. |
| 7 | Inventory at end of year...................................................... **7** | 2,960. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions........................................ **8** | 158,899. |

**9 a** Check all methods used for valuing closing inventory:
    *(i)* ☐ Cost
    *(ii)* ☒ Lower of cost or market
    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods ................................................... ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................... ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO. .................................................................. **9d**

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions....... ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ...................................................... ☐ Yes ☒ No

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

CPCZ0401L  09/26/18

Case 8-20-72992-las    Doc 1    Filed 09/21/20    Entered 09/21/20 13:49:55

| | | |
|---|---|---|

Form **8846**

Department of the Treasury
Internal Revenue Service

**Credit for Employer Social Security and Medicare Taxes
Paid on Certain Employee Tips**

► Attach to your tax return.
► Go to *www.irs.gov/Form8846* for the latest information.

OMB No. 1545-0123

**2019**

Attachment
Sequence No. **98**

Name(s) shown on return
THE GREEK CHEFS, INC.

Identifying number
11-3677960

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | |
|---|---|---|
| 1 Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | 1 | 11,172. |
| 2 Tips not subject to the credit provisions (see instructions) | 2 | 4,525. |
| 3 Creditable tips. Subtract line 2 from line 1 | 3 | 6,647. |
| 4 Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $132,900, see instructions and check here ► ☐ | 4 | 508. |
| 5 Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | 5 | |
| 6 Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | 6 | 508. |

**BAA For Paperwork Reduction Act Notice, see instructions.**     FDIZ3101L 11/6/19     Form **8846** (2019)

| 2019 | Federal Statements | Page 1 |
|---|---|---|
| Client GREKCHEF | THE GREEK CHEFS, INC. | 11-3677960 |
| 9/02/20 | | 05:44PM |

**Statement 1**
**Form 1120S, Line 19**
**Other Deductions**

| | | |
|---|---|---|
| CREDIT CARD DISC OUNTS | $ | 13,212. |
| Insurance | | 15,631. |
| Legal and Professional | | 3,250. |
| Miscellaneous | | 175. |
| Office Expense | | 301. |
| PAYROLL SERVICES | | 1,200. |
| Postage | | 225. |
| SANITATION | | 3,600. |
| Security | | 343. |
| Supplies | | 12,211. |
| Telephone | | 5,537. |
| Uniforms | | 2,020. |
| Utilities | | 28,931. |
| Total | $ | 86,636. |

**Statement 2**
**Form 1120S, Schedule K, Line 13g**
**Other Credits**

| | | |
|---|---|---|
| Credit for Employer SS Tax on Certain Employee Tips | $ | 508. |
| Total | $ | 508. |

**Statement 3**
**Form 1120S, Schedule L, Line 14**
**Other Assets**

| | Beginning | Ending |
|---|---|---|
| Security deposits | $ 4,000. | $ 4,000. |
| Total | $ 4,000. | $ 4,000. |

**Statement 4**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

| | Beginning | Ending |
|---|---|---|
| ACCRUED TAXES & EXPENSES | $ 175. | $ 1,765. |
| Credit line | 14,440. | 24,045. |
| FEDERAL WITHHOLDING TAX | 1,750. | 1,750. |
| SALES TAX PAYABLE | 3,218. | 3,075. |
| STATE WITHHOLDING TAX | 295. | 295. |
| Total | $ 19,878. | $ 30,930. |

| 2019 | Federal Statements | Page 2 |
|---|---|---|
| Client GREKCHEF | THE GREEK CHEFS, INC. | 11-3677960 |
| 9/02/20 | | 05:44PM |

**Statement 5**
**Form 1120S, Schedule L, Line 19**
**Loans From Shareholders**

| | Beginning | Ending |
|---|---|---|
| ........................................................ | $   -127,642. | $   -146,398. |
| Total | $   -127,642. | $   -146,398. |

**Statement 6**
**Form 1120S, Schedule M-1, Line 3**
**Expenses On Books Not On Schedule K**

| | |
|---|---|
| Payroll Taxes for Employer SS Tax on Tips Credit.............................. | $        508. |
| Total | $        508. |

**Statement 7**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

| | |
|---|---|
| Payroll Taxes for Employer SS Tax on Tips Credit.............................. | $        508. |
| Total | $        508. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

**THE GREEK CHEFS, INC.**
**d/b/a SOUVLAKI PALACE,**

                                 Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 20-_____(  )

## DECLARATION PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

I, Peter Mantalvanos, declares under the penalty of perjury, the following:

1.      I am the President of The Greek Chefs, Inc. d/b/a Souvlaki Palace (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the E.D.N.Y Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

2.      There are no other or prior bankruptcy cases against the Debtor and as such there has been no trustee or creditors' committee appointed in this case.

3.      The Debtor's affiliate, Peter Mantalvanos, filed a voluntary petition for bankruptcy on _September 21, 2020_ in the Eastern District under case number _20-4376_ and is currently pending before the Honorable _Carla E Craig_ .

4.      A copy of the Debtor's board resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit "A"**.

5.      The Debtor is a New York limited liability company and was organized on February 10, 2003.

6.      The Debtor operates a Greek cuisine restaurant located at 57 Commack Road, Commack, NY 11725.

7.      The Debtor's immediate need for relief in this Court stems from its severe cash flow difficulties caused by the COVID-19 pandemic and state of emergency that have resulted in its inability to address other past due debts.

8.      The Debtor is a party to a case pending in the New York State Supreme Court, County of Suffolk under caption *Kinberli N Rodriguez v. The Greek Chefs, Inc. d/b/a Souvlaki Palace et al.*, Index No. 616245/2019.

9.      Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

10.     Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

11.     Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "D"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

12.     The Debtor does not have any publicly held shares, debentures, or other securities.

13.     The Debtor's assets consist primarily of mixed used restaurant bar furniture, fixtures and equipment.

14.     The Debtor has __3__ employees.

15.     The Debtor expects to receive revenue from operations of the business in the amount of approximately $ _25,000_ for the thirty (30) day period following the Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should be approximately $ _20,000_

Peter Mantalvanos, President

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

**THE GREEK CHEFS, INC.**
**d/b/a SOUVLAKI PALACE,**

Chapter 11

Case No. 20-_____ ( )

Debtor.

------------------------------------------------------------------X

## CORPORATE RESOLUTION

At the meeting of the Board of Directors of The Greek Chefs, Inc. d/b/a Souvlaki Palace (the "Company") a New York corporation, it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Peter Mantalvanos, President of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Peter Mantalvanos, President of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that Peter Mantalvanos, President of the Company, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case

Dated: New York, New York
        September 15, 2020

By _____
Peter Mantalvanos, President

EXHIBIT B

---

**Fill in this information to identify the case:**

Debtor name      **The Greek Chefs, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2020**          x _____
                                              Signature of individual signing on behalf of debtor

                                              **Peter Mantalvanos**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name | The Greek Chefs, Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Central Insolvency Unit PO Box 7346 Philadelphia, PA 19101 | | | | | | Unknown |
| Kinberli N. Rodriguez c/o Pervez & Rehman 68 S Service Rd Suite 100 Melville, NY 11747 | | State Court Lawsuit | Disputed | | | $0.00 |
| NYS Dept. of Tax and Fin. Bankruptcy Section PO Box 5300 Albany, NY 12205 | | | | | | Unknown |

EXHIBIT C

None

EXIHIBIT D

To be Provided